IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR426 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RAISHAUN LAMAR,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Raishaun Lamar (Lamar) for disclosure of the government's intent to introduce other crimes, wrongs or acts as evidence at trial (Filing No. 34). The motion is granted to the extent that pursuant to Fed. R. Evid. 404(b), the government shall give two weeks notice of such evidence before any trial of this matter.

**IT IS SO ORDERED.**

DATED this 14th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge