IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR426** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RAISHAUN LAMAR,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to file a motion under seal (Filing No. 150).

IT IS ORDERED:

1. The government's motion to seal (Filing No. 150) is granted; and

2. The Clerk is directed to file the consent motion to continue sentencing when the motion is presented to the Clerk.

DATED this 22nd day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge